UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENTRAL GROUP INTERNATIONAL,
LLC,

              Plaintiff,

              -against-

7 DAY CAFÉ & BAR INC., CHUN HON
CHAN, and YU YIP,

              Defendants,
-----------------------------------------------------------X

**CORRECTED REPORT AND RECOMMENDATION**

05 CV 1911 (JG)

On September 29, 2006, this Court issued a Report and Recommendation that recommended an award to plaintiffs in the total amount of $153,481.31, consisting of $150,000 in damages, attorneys' fees in the amount of $2,886.31, and costs in the amount of $595. In discussing the basis for the $150,000 award, on page 25 n.5 of that Report, the Court explained that this figure was based on the $30,000 maximum statutory damages that may be awarded under 17 U.S.C. § 504(c)(1), plus "an additional $25,000 in enhanced statutory damages under 17 U.S.C. § 504(c)(2) to account for defendants' willfulness." (Report at 25 n.5). The figure for the enhanced statutory damages should have read $45,000, which when added to the $30,000 statutory damages awarded reaches the total of $75,000 for each of the two violations, consistent with the rest of the Report. Accordingly, it is now respectfully recommended that the text of Footnote 5 of that Report be corrected to reflect the $45,000 in enhanced statutory damages recommended for each title.

Any objections to this Corrected Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within ten (10) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's

order.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Small v. Secretary of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

The Clerk is directed to mail copies of this Corrected Report and Recommendation to the parties.

**SO ORDERED.**

Dated: Brooklyn, New York
       October 23, 2006

CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE